IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW T. WELLS, ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | CIVIL NO. 09-cv-30-JPG |
| vs. ) | |
| ) | CRIMINAL NO. 09-cr-40079 |
| UNITED STATES of AMERICA , ) | |
| ) | |
| Respondent/Plaintiff. ) | |

## JUDGMENT

This action came before the Court for preliminary consideration of Petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is summarily dismissed with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

| 11/6/2009 | By: | s/ J. Phil Gilbert |
|---|---|---|
| *Date* | | *District Judge* |